| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 3:02CR00317(RNC) |
|---|---|---|---|
| | | FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. SEP 23 2005 ★ BROOKLYN OFFICE | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Abiodun Olagundoye 4511 Avenue K Brooklyn, NY 11234 | | DISTRICT Connecticut | DIVISION Hartford |
| | | NAME OF SENTENCING JUDGE The Honorable Robert N. Chatigny, Chief | WEINSTEIN |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5-3-07 | TO 5-6-06 |
| OFFENSE Knowingly and Fraudulently Using Unauthorized Access Devices and Aiding & abetting | | | MANN, M.J. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York at Brooklyn upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/12/05
Date                                                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/26/05
Effective Date                                                                        United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
PROBATION OFFICE

**MARIA RODRIGUES McBRIDE**
CHIEF PROBATION OFFICER
U.S. DISTRICT COURT
PROBATION DEPARTMENT
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET, 22ND FLOOR
NEW HAVEN, 06510
203-773-2100

November 22, 2005
Hartford

U.S. COURTHOUSE
ROOM 735
450 MAIN STREET
HARTFORD, 06103
860-240-3661

U.S. COURTHOUSE
ROOM 211
915 LAFAYETTE BLVD.
BRIDGEPORT, 06604
203-579-5707

Mrs. Barbara Sunbury
Clerk of Court
450 Main St.
Hartford, CT 06103

RE:  OLAGUNDOYE, Abiodun
     Dkt. No: 3:02CR00317(RNC)
     <u>TRANSFER OF JURISDICTION</u>

Dear Mrs. Sunbury:

Attached is the Prob. Form 22 in which the Eastern District of New York has accepted transfer of jurisdiction.

Please forward your file material to:    Clerk's Office
                                         500 Pearl St.
                                         New York, NY 10007-1316

Thank you.

Sincerely,

Maria Rodrigues McBride
Chief U. S. Probation Officer

Bunita B. Keyes
U. S. Probation Officer

Reviewed and approved by:   Kim J. Cerullo
                            Supervising U.S. Probation Officer

BBK/tn

Attachment: